**U.S. Department of Justice**

*United States Attorney*
*Western District of Washington*

*700 Stewart Street, Suite 5220*  *Tel: (206) 553-7970*
*Seattle WA, 98101-1271*  *Fax: (206) 553-4440*
*www.usdoj.gov/usao/waw*

October 15, 2024

**VIA ECF**

STEPHAN ILLA
CARLOS SANTIAGO
JENNIFER E. HORWITZ
GILBERT H. LEVY
PETER CAMIEL
ANDREW KENNEDY
JENIECE LACROSS
MICHAEL FILIPOVIC
GEORGE DAVENPORT JR.
DAN NORMAN
CHRISTOPHER R. CARNEY
ZACHARY JARVIS
JOHN M. CHASE
THOMAS COE
ALLYSON BARKER
JEFFREY KRADEL
Attorney at Law

        Re:    *United States v. Marquis Jackson et al*
                No. CR24-164 JNW, USDC, W.D. Washington

Dear Counselor:

    Please be advised that the arraignment for the defendant named in the above cause has been scheduled as follows:

| | | |
|---|---|---|
| Date: | Thursday, October 17, 2024 | |
| Time: | 9:00 a.m. | |
| Before: | S. Kate Vaughan, United States Magistrate Judge | |
| Place: | United States Courthouse, Room 12B | |
| | 700 Stewart Street, 12th Floor, Seattle, WA  98101 | |

    It will be necessary that you and your client be present at the time and place indicated above, or via video or teleconference as directed by the Court.  The indictment and other documents related to this case are available on the Court's Electronic Docketing System.

    If this is your client's first appearance, please contact U.S. Probation and Pretrial Services, 206-370-8950 (Seattle) or 253-882-3705 (Tacoma), to schedule a pretrial interview in advance of the arraignment.

The Court has requested us to call your attention to the Speedy Trial Act (18 U.S.C. §3161 et. seq.), and the District's Plan for Prompt Disposition of Criminal Cases, available on the Court's website: https://www.wawd.uscourts.gov.

Very truly yours,

TESSA M. GORMAN
United States Attorney

*s/ Zachary W. Dillon*
ZACHARY W. DILLON
Assistant United States Attorney