WA/WD PTS-NoActionDrug (01/19)

# UNITED STATES DISTRICT COURT
for
Western District of Washington

Report on Defendant Under Pretrial Services Supervision

**Date of Report:** 03/06/2025

**Name of Defendant:** Adean Batinga      **Case Number:** 2:24CR00164JNW-013

**Name of Judicial Officer:** The Honorable S. Kate Vaughan, United States Magistrate Judge

**Original Offense:** Count 1: Conspiracy to Distribute Controlled Substances
Count 5: Distribution of a Controlled Substance

**Date Supervision Commenced:** 10/02/2024

Bond Conditions Imposed:

- Submit to drug and alcohol testing, to include urinalysis, breathalyzer, or hand-held testing devices, as directed by Pretrial Services. You shall not use, consume, or possess alcohol, any product containing alcohol, or other intoxicants, including medication, unless prescribed to you by a physician and under the direction of Pretrial Services. Obtain an alcohol/substance abuse evaluation and follow any treatment recommendations as directed by Pretrial Services. You shall participate as directed in a program approved by the probation and pretrial services office for treatment of narcotic addiction, drug dependency, or substance abuse, which may include testing to determine if the defendant has reverted to the use of drugs or alcohol.

- Travel is restricted to the Western District of Washington, or as directed by Pretrial Services.

- Surrender all current and expired passports and travel documents to the court. Do not apply for/obtain a new passport or travel document from any country without permission of the court. If the surrendered passport is a foreign passport, it shall be forwarded to Immigration and Customs Enforcement if defendant is convicted of an offense, unless otherwise ordered by the Court.

- Maintain residence as directed. Do not change residence without prior approval of Pretrial Services or as directed by Pretrial Services.

- Undergo a mental health, psychiatric or psychological evaluation and follow all treatment recommendations in that evaluation, as directed by Pretrial Services. You shall take all medications as prescribed.

- You must contribute towards the costs of the services required by this bond, to the extent you are financially able to do so, as determined by Pretrial Services.

- You shall not have direct contact or indirect contact with any existing and/or future co-defendant(s) in this case.

- The defendant must notify all prescribing physicians and medical providers, including dentists, or his/her history of substance abuse, and provide Pretrial Services with verification of notification.

- You are prohibited from possessing or having access to firearms and dangerous weapons. All firearms and dangerous weapons must be removed from your residence(s), vehicle(s), and place of employment. This condition operates in conjunction with any restrictions imposed under Title 18, USC 922, and the Washington State Revised Code, Chapter 9.41.

Case 2:24-cr-00164-KKE-SKV    Document 321    Filed 03/06/25    Page 2 of 3

The Honorable S. Kate Vaughan, United States Magistrate Judge                                    Page 2
Report on Defendant Under Pretrial Services Supervision                                          3/6/2025

## NONCOMPLIANCE SUMMARY

The defendant has not complied with the following conditions of supervision:

- You shall not use, consume, or possess alcohol, any product containing alcohol, or other intoxicants, including medication, unless prescribed to you by a physician and under the direction of Pretrial Services.

**Nature of Noncompliance**
1. The defendant violated the bond condition to not use, consume or possess any controlled substances, unless the substance is prescribed by a physician, by using oxycodone on or about December 17, 2024.

*Supporting Evidence:* On December 17, 2024, Mr. Batinga notified me via text message he took a 5mg oxycodone pill not prescribed to him earlier in the day and was scheduled for drug testing the following day. He reported ongoing neck and back pain due his profession as a barber.

On December 18, 2024, Mr. Batinga reported to the Tukwila Probation office and provided a urine sample that returned presumptive positive for oxycodone. He also signed an admission of use form this date.

Mr. Batinga was provided sober support meeting information in his area and followed up with his primary care physician. He has been taking suboxone since January 7, 2025, and attends weekly mental health counseling with Eye Movement Desensitization and Reprocessing (EMDR) therapy. Mr. Batinga said both have been very beneficial in him maintaining sobriety. He has since provided five negative urinalysis samples and remains on testing three times per month.

On February 15, 2025, I conducted an unannounced employment visit at Mr. Batinga's job as he previously requested, I visit him in an environment that makes him happy. He has supportive co-workers, loyal customers, and appears to take a lot of pride in the work his work.

This is the 2nd positive result since release to supervision.

I have reviewed the matter and taken the following action:
☒    Reprimand
☒    Increased frequency of testing

I consulted with Assistant United States Attorney Zachary Dillon, who concurs with my recommendation. I have attempted to contact defense counsel, George Davenport Jr., on February 18, 2025, and on February 25, 2025. As of the submission of this report, I have not received a response opposing or supporting my recommendation.

I respectfully recommend the Court endorse the actions taken.

The Honorable S. Kate Vaughan, United States Magistrate Judge  
Report on Defendant Under Pretrial Services Supervision

Page 3  
3/6/2025

I swear under penalty of perjury that the foregoing is true and correct.

Executed on this 6th day of March, 2025.

*Chandra Wageman* (signature)

Chandra Wageman  
United States Probation Officer

APPROVED:  
Monique D. Neal  
Chief United States Probation and Pretrial Services Officer

BY:

*Angela M. McGlynn* (signature)

Angela M. McGlynn  
Assistant Deputy Chief United States Probation Officer

---

**THE COURT FINDS PROBABLE CAUSE AND DIRECTS:**

☒ Judicial Officer endorses the United States Probation Officer's actions  
☐ Issue a Summons  
☐ Issue a Warrant  
☐ Other

*S. Kate Vaughan* (signature)

S. Kate Vaughan, United States Magistrate Judge

3/6/25  
Date