Presented to the Court by the foreman of the Grand Jury in open Court, in the presence of the Grand Jury and FILED in the U.S. DISTRICT COURT at Seattle, Washington.

December 3, 2025

Ravi Subramanian, Clerk

By_____ Deputy

# UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

UNITED STATES OF AMERICA,

Plaintiff

v.

1. MARQUIS JACKSON,
2. MARKELL JACKSON,
3. MANDEL JACKSON,
4. EDGAR VALDEZ,
5. KEONDRE JACKSON,
7. SIR TERRIQUE MILAM,
8. TYRELL LEWIS,
9. ROBERT JOHNSON,
10. MATELITA JACKSON,
11. MIRACLE PATU-JACKSON,
12. DIYANA ABRAHA,
15. ROBERT BELLAIR,
19. CHAD CONTI,
20. PHILLIP LAMONT ALEXANDER,
21. TREYVON MITCHELL,
22. DEJAUN RANSAW, and
23. MADELYN MICHAEL.

Defendants.

NO. CR24-164 JNW

**THIRD SUPERSEDING INDICTMENT**

//

//

Third Superseding Indictment - 1
*United States v. Jackson et al.*, CR24-164 JNW
USAO No. 202300950

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

The Grand Jury charges that:

## COUNT 1

### (Conspiracy to Distribute Controlled Substances)

Beginning at a time unknown, and continuing until at least October 2, 2024, in King, Pierce, Snohomish, and Whatcom Counties, within the Western District of Washington, and elsewhere, MARQUIS JACKSON, MARKELL JACKSON, MANDEL JACKSON, EDGAR VALDEZ, KEONDRE JACKSON, SIR TERRIQUE MILAM, TYRELL LEWIS, ROBERT JOHNSON, MATELITA JACKSON, MIRACLE PATU-JACKSON, DIYANA ABRAHA, ROBERT BELLAIR, CHAD CONTI, PHILLIP LAMONT ALEXANDER, TREYVON MITCHELL, DEJAUN RANSAW, and others known and unknown, did knowingly and intentionally conspire to distribute controlled substances, including: N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (fentanyl), N-(4-fluorophenyl)-N-[1-(2-phenylethyl)-4-piperidinyl]propenamide (p-fluorofentanyl – a fentanyl analogue), methamphetamine, and marihuana, substances controlled under Title 21, United States Code.

The Grand Jury further alleges that with respect to MARQUIS JACKSON, MARKELL JACKSON, MANDEL JACKSON, EDGAR VALDEZ, KEONDRE JACKSON, SIR TERRIQUE MILAM, TYRELL LEWIS, ROBERT JOHNSON, MATELITA JACKSON, MIRACLE PATU-JACKSON, DIYANA ABRAHA, ROBERT BELLAIR, CHAD CONTI, PHILLIP LAMONT ALEXANDER, TREYVON MITCHELL, and DEJAUN RANSAW, their conduct as members of the conspiracy charged in Count 1, which includes the reasonably foreseeable conduct of other members of the conspiracy charged in Count 1, involved 400 grams or more of a mixture or substance containing fentanyl, in violation of Title 21, United States Code, Sections 841(b)(1)(A).

Third Superseding Indictment - 2
United States v. Jackson et al., CR24-164 JNW
USAO No. 202300950

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

The Grand Jury further alleges that with respect to MARQUIS JACKSON, MARKELL JACKSON, MANDEL JACKSON, EDGAR VALDEZ, KEONDRE JACKSON, SIR TERRIQUE MILAM, TYRELL LEWIS, ROBERT JOHNSON, MATELITA JACKSON, MIRACLE PATU-JACKSON, DIYANA ABRAHA, ROBERT BELLAIR, CHAD CONTI, PHILLIP LAMONT ALEXANDER, TREYVON MITCHELL, and DEJAUN RANSAW, their conduct as members of the conspiracy charged in Count 1, which includes the reasonably foreseeable conduct of other members of the conspiracy charged in Count 1, involved 100 grams or more of a mixture and substance containing a detectable amount of any fentanyl analogue, in violation of Title 21, United States Code, Sections 841(b)(1)(A).

The Grand Jury further alleges that with respect to EDGAR VALDEZ, their conduct as members of the conspiracy charged in Count 1, which includes the reasonably foreseeable conduct of other members of the conspiracy charged in Count 1, involved 50 grams or more of methamphetamine, its salts, isomers, or salts of its isomers, and 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, its salts, isomers, or salts of its isomers, in violation of Title 21, United States Code, Sections 841(b)(1)(A).

All in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A), 841(b)(1)(D), and 846.

## COUNT 2

### (Conspiracy to Commit Money Laundering)

**A.  The Conspiracy**

Beginning at a time unknown, and continuing until at least October 2, 2024, in King, Pierce, Snohomish, and Whatcom Counties, within the Western District of Washington, and elsewhere, MARQUIS JACKSON, MARKELL JACKSON, MATELITA JACKSON, DIYANA ABRAHA, and others known and unknown, did

Third Superseding Indictment - 3
United States v. Jackson et al., CR24-164 JNW
USAO No. 202300950

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

knowingly combine, conspire, and agree with each other and with other persons known and unknown to the Grand Jury to commit offenses against the United States in violation of Title 18, United States Code, Section 1956, to wit:

    1.    To knowingly conduct and attempt to conduct financial transactions affecting interstate commerce and foreign commerce, which transactions involved the proceeds of specified unlawful activity, that is, Distribution of Controlled Substances, in violation of Title 21, United States Code, Section 841, Conspiracy to Distribute Controlled Substances, in violation of Title 21, United States Code, Sections 841 and 846, and Transportation for the Purpose of Prostitution Through Coercion and Enticement, in violation of Title 18, United States Code, Section 2422(a), knowing that the transactions were designed in whole or in part to conceal and disguise the nature, location, source, ownership, and control of the proceeds of specified unlawful activity, and that while conducting and attempting to conduct such financial transactions, knew that the property involved in the financial transactions represented the proceeds of some form of unlawful activity, in violation of Title 18, United States Code, Section 1956(a)(1)(B)(i); and

    2.    To knowingly conduct and attempt to conduct financial transactions affecting interstate commerce and foreign commerce, which transactions involved the proceeds of specified unlawful activity, that is, Distribution of Controlled Substances, in violation of Title 21, United States Code, Section 841, Conspiracy to Distribute Controlled Substances, in violation of Title 21, United States Code, Sections 841 and 846, and Transportation for the Purpose of Prostitution Through Coercion and Enticement, in violation of Title 18, United States Code, Section 2422(a), knowing that the transactions were designed in whole or in part to avoid a transaction reporting requirement under State or Federal Law, and that while conducting and attempting to conduct such financial transactions, knew that the property involved in the financial

Third Superseding Indictment - 4
United States v. Jackson et al., CR24-164 JNW
USAO No. 202300950

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

transactions represented the proceeds of some form of unlawful activity, in violation of Title 18, United States Code, Section 1956(a)(1)(B)(ii).

All in violation of Title 18, United States Code, Section 1956(h).

## COUNT 3

### (Distribution of a Controlled Substance)

On or about October 31, 2023, in Snohomish County, within the Western District of Washington, and elsewhere, MARKELL JACKSON, and others known and unknown, did knowingly and intentionally distribute, and aid and abet the distribution of, a controlled substance, including: fentanyl and p-fluorofentanyl (a fentanyl analogue), substances controlled under Title 21, United States Code.

The Grand Jury further alleges that the offense involved 400 grams or more of a mixture or substance containing fentanyl.

The Grand Jury further alleges that the offense involved 100 grams or more of a mixture and substance containing a detectable amount of any fentanyl analogue.

The Grand Jury further alleges that this offense was committed during and in furtherance of the offense alleged in Count 1 (Conspiracy to Distribute Controlled Substances).

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A), and Title 18, United States Code, Section 2.

## COUNT 4

### (Distribution of a Controlled Substance)

On or about December 7, 2023, in Snohomish County, within the Western District of Washington, and elsewhere, MARKELL JACKSON, and others known and unknown, did knowingly and intentionally distribute, and aid and abet the distribution of, a controlled substance, including: fentanyl, a substance controlled under Title 21, United States Code.

Third Superseding Indictment - 5
United States v. Jackson et al., CR24-164 JNW
USAO No. 202300950

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

The Grand Jury further alleges that the offense involved 400 grams or more of a mixture or substance containing fentanyl.

The Grand Jury further alleges that this offense was committed during and in furtherance of the offense alleged in Count 1 (Conspiracy to Distribute Controlled Substances).

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A), and Title 18, United States Code, Section 2.

## COUNT 5

### (Distribution of a Controlled Substance)

On or about March 7, 2024, in Snohomish County, within the Western District of Washington, and elsewhere, MARKELL JACKSON, ROBERT JOHNSON, and others known and unknown, did knowingly and intentionally distribute, and aid and abet the distribution of, a controlled substance, including: fentanyl, a substance controlled under Title 21, United States Code.

The Grand Jury further alleges that the offense involved 400 grams or more of a mixture or substance containing fentanyl.

The Grand Jury further alleges that this offense was committed during and in furtherance of the offense alleged in Count 1 (Conspiracy to Distribute Controlled Substances).

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A), and Title 18, United States Code, Section 2.

## COUNT 6

### (Possession with Intent to Distribute a Controlled Substance)

On or about December 7, 2023, in Whatcom County, within the Western District of Washington, and elsewhere, ROBERT BELLAIR, MARKELL JACKSON, and others known and known, did knowingly and intentionally possess, and aid and abet the

Third Superseding Indictment - 6
United States v. Jackson et al., CR24-164 JNW
USAO No. 202300950

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

possession of, with the intent to distribute, a controlled substance, including: fentanyl, a substance controlled under Title 21, United States Code.

The Grand Jury further alleges that the offense involved 400 grams or more of a mixture or substance containing fentanyl.

The Grand Jury further alleges that this offense was committed during and in furtherance of the offense alleged in Count 1 (Conspiracy to Distribute Controlled Substances).

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A), and Title 18, United States Code, Section 2.

## COUNT 7 - RESERVED
## COUNT 8 - RESERVED
## COUNT 9 - RESERVED
## COUNT 10 - RESERVED
## COUNT 11
**(Possession with Intent to Distribute a Controlled Substance)**

On or about October 2, 2024, in King County, within the Western District of Washington, and elsewhere, CHAD CONTI did knowingly and intentionally possess, with the intent to distribute, a controlled substance, including: fentanyl and p-fluorofentanyl (a fentanyl analogue), substances controlled under Title 21, United States Code.

The Grand Jury further alleges that the offense involved 40 grams or more of a mixture or substance containing fentanyl.

The Grand Jury further alleges that this offense was committed during and in furtherance of the offense alleged in Count 1 (Conspiracy to Distribute Controlled Substances).

//

Third Superseding Indictment - 7
United States v. Jackson et al., CR24-164 JNW
USAO No. 202300950

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B).

## COUNT 12

**(Possession with Intent to Distribute a Controlled Substance)**

On or about October 2, 2024, in Whatcom County, within the Western District of Washington, and elsewhere, PHILLIP LAMONT ALEXANDER did knowingly and intentionally possess, with the intent to distribute, a controlled substance, including: fentanyl, a substance controlled under Title 21, United States Code.

The Grand Jury further alleges that the offense involved 40 grams or more of a mixture or substance containing fentanyl.

The Grand Jury further alleges that this offense was committed during and in furtherance of the offense alleged in Count 1 (Conspiracy to Distribute Controlled Substances).

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B).

## COUNT 13

**(Possession with Intent to Manufacture and Distribute a Controlled Substance)**

On or about October 2, 2024, in King County, within the Western District of Washington, and elsewhere, MANDEL JACKSON, DEJAUN RANSAW, and others known and unknown, did knowingly and intentionally manufacture and possess, with the intent to distribute, and aid and abet the manufacture and possession of, with intent to distribute, a controlled substance, including: marijuana, a substance controlled under Title 21, United States Code.

The Grand Jury further alleges that this offense was committed during and in furtherance of the offense alleged in Count 1 (Conspiracy to Distribute Controlled Substances).

Third Superseding Indictment - 8
United States v. Jackson et al., CR24-164 JNW
USAO No. 202300950

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(D).

## COUNT 14

### (Conspiracy to Commit Transportation for the Purpose of Prostitution Through Coercion and Enticement)

Beginning at a time unknown and continuing until at least October 27, 2025, in King County, within the Western District of Washington, and elsewhere, MARQUIS JACKSON and MADELYN MICHAEL, and others known and unknown, did knowingly and intentionally conspire to transport adult women for the Purpose of Prostitution Through Coercion and Enticement.

All in violation of Title 18, United States Code, Section 2422(a), and Title 18, United States Code, Section 371.

## FORFEITURE ALLEGATION

The allegations contained in all Counts of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeiture.

Upon conviction of any of the offenses alleged in Counts 1, 3 through 6, and 11 through 13, MARQUIS JACKSON, MARKELL JACKSON, MANDEL JACKSON, EDGAR VALDEZ, KEONDRE JACKSON, SIR TERRIQUE MILAM, TYRELL LEWIS, ROBERT JOHNSON, MATELITA JACKSON, MIRACLE PATU-JACKSON, DIYANA ABRAHA, ROBERT BELLAIR, CHAD CONTI, PHILLIP LAMONT ALEXANDER, TREYVON MITCHELL, and DEJAUN RANSAW shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853(a), any property constituting or derived from proceeds traceable to the offense, as well as any property used or intended to be used to facilitate the offense.

Upon conviction of the offense alleged in Count 2, MARQUIS JACKSON, MARKELL JACKSON, MATELITA JACKSON, and DIYANA ABRAHA shall forfeit

Third Superseding Indictment - 9
United States v. Jackson et al., CR24-164 JNW
USAO No. 202300950

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

to the United States, pursuant to Title 18, United States Code, Section 982(a)(1), any property, real or personal, involved in the offense, or any property traceable to such property.

Upon conviction of the offense alleged in Count 14, MARQUIS JACKSON and MADELYN MICHAEL shall forfeit to the United States, pursuant to Title 18, United States Code, Section 2428(a)(2), and Title 18, United States Code, Section 981(a)(1)(C), by way of Title 28, United States Code, Section 2461(c), any property that constitutes or is derived from proceeds of the offense, and, pursuant to Title 18, United States Code, Section 2428(a)(1), any property that was used, or intended to be used, to commit, or to facilitate the commission of, the offense.

**Substitute Assets.** If any of the above-described forfeitable property, as a result of any act or omission of the defendants,

  a. cannot be located upon the exercise of due diligence;

  b. has been transferred or sold to, or deposited with, a third party;

  c. has been placed beyond the jurisdiction of the Court;

  d. has been substantially diminished in value; or

  e. has been commingled with other property which cannot be divided without difficulty,

///
///

Third Superseding Indictment - 10
United States v. Jackson et al., CR24-164 JNW
USAO No. 202300950

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1  it is the intent of the United States to seek the forfeiture of any other property of the
2  defendant, up to the value of the above-described forfeitable property, pursuant to
3  Title 21, United States Code, Section 853(p).

A TRUE BILL:

DATED: 12/3/2025

*Signature of Foreperson redacted pursuant to the policy of the Judicial Conference of the United States.*

_____
FOREPERSON

_____
CHARLES NEIL FLOYD
United States Attorney

_____
VINCENT T. LOMBARDI
Assistant United States Attorney

_____
ZACHARY W. DILLON
Assistant United States Attorney

Third Superseding Indictment - 11
United States v. Jackson et al., CR24-164 JNW
USAO No. 202300950

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970